No. D–259.   IN RE DISBARMENT OF COVEN.   Disbarment entered.   [For earlier order herein, see 455 U. S. 1012.]

No. D–273.   IN RE DISBARMENT OF MICUN.   It is ordered that Richard P. Micun, of Evergreen Park, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–827.   JEFFERSON COUNTY PHARMACEUTICAL ASSN., INC. v. ABBOTT LABORATORIES ET AL.   C. A. 5th Cir.   [Certiorari granted, 455 U. S. 999.]   Motion of respondent Board of Trustees of the University of Alabama for divided argument and for additional time for oral argument denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 81–1271.   FALLS CITY INDUSTRIES, INC. v. VANCO BEVERAGE, INC.   C. A. 7th Cir.   [Certiorari granted, 455 U. S. 988.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 81–1958.   ARIZONA ELECTRIC POWER COOPERATIVE, INC. v. MID-LOUISIANA GAS CO. ET AL.   C. A. 5th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 81–6464.   IN RE ESTES.   Petition for writ of mandamus denied.

No. 81–1574.   LOCAL 926, INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL–CIO, ET AL. v. JONES.   Appeal from Ct. App. Ga.   Further consideration of question of jurisdiction postponed to hearing of case on the merits.